IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA SCOTT FERENCIN, :
:
      Plaintiff, : CIVIL ACTION NO. 18-1469
:
v. :
:
LEHIGH UNIVERSITY, :
:
      Defendant. :

## ORDER & JUDGMENT

**AND NOW**, this 27th day of December, 2019, after a non-jury trial before the undersigned from July 8, 2019, through July 11, 2019; and after considering the record presented during the non-jury trial and the parties' submissions (Doc. Nos. 25, 42, 43, 46); and the court finding that there was woefully insufficient evidence to support the plaintiff's claims of racial or gender discrimination as more fully set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that judgment is **ENTERED** in favor of the defendant, Lehigh University, and against the plaintiff, Angela Scott Ferencin.

                                                  BY THE COURT:


                                                  */s/ Edward G. Smith*_____
                                                  EDWARD G. SMITH, J.